# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JEROME MADISON,** § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 4:18-CV-671-O** |
| v. § | |
| § | **JURY DEMAND** |
| **CHAROLETTE FAYE COURTNEY** § | |
| **and AMERICAN AIRLINES** § | |
| *Defendants.* § | |

## JOINT REPORT ON SETTLEMENT CONFERENCE

On January 14, 2019, the parties conducted their settlement conference.  Plaintiff Jerome Madison and attorney John McKay were present for Plaintiff.  Attorneys Allison Schluckebier and Geffrey Anderson were present for Charolette Courtney and American Airlines, Inc., along with Charolette Courtney, Antonio Cruz, representative of American Airlines, and Lili Beneda Rubenstein, representative of AIG Aerospace Insurance Services, Inc.

On January 14, meaningful progress towards settlement was not made.

The parties do not believe this case will settle.

    Respectfully submitted,

    */s/ John McKay*
    **JOHN MCKAY**
    Park Avenue Law LLC
    127 W. Fairbanks Ave., No. 519
    Winter Park, FL 32789
    P: 800.391.3654
    F: 407.264.6551
    johndmckayatty@gmail.com

**MUHAMMAD M. AZIZ**
Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz
800 Commerce St.
Houston, TX 77002
P: 713.222.7211
F: 713.225.0827
State Bar No. 24043538
maziz@abrahamwatkins.com

ATTORNEYS FOR PLAINTIFF

And

**ANDERSON & RIDDLE, LLP**

*/s/ Allison T. Schluckebier*
**GEFFREY W. ANDERSON**
State Bar No. 00786980
**ALLISON T. SCHLUCKEBIER**
State Bar No. 24059221
1604 8th Avenue
Fort Worth, Texas 76104
Tel: (817) 334-0059
Fax: (817) 334-0425
ganderson@andersonriddle.com
aschluckebier@andersonriddle.com

ATTORNEYS FOR DEFENDANTS
AMERICAN AIRLINES, INC. AND
CHAROLETTE COURTNEY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via electronic and certified mail in accordance with the Federal Rules of Civil Procedure on this 16th day of January, 2019.

*/s/ Allison T. Schluckebier*
**ALLISON T. SCHLUCKEBIER**