**Verdict Form**

The following factual questions are submitted to you for your judgment:

Question 1
(Liability of Defendant Charolette Courtney)

Has Plaintiff Jerome Madison proved by a preponderance of the evidence that Defendant Charolette Courtney intended to discriminate against him based on his race, and that the discrimination interfered with his ability to enjoy the benefits of his contract with American Airlines for travel from Dallas to Atlanta?

Yes _____        No ___X___

*Proceed to Question 2.*

Question 2
(Liability of American Airlines, Inc.)

Has Plaintiff Jerome Madison proved by a preponderance of the evidence that Charolette Courtney or some other employee or employees of American Airlines intended to discriminate against him based on his race, that he, she, or they were acting within the scope of their employment in so doing, and that the discrimination interfered with Plaintiff Jerome Madison's ability to enjoy the benefits of his contract with American Airlines for travel from Dallas to Atlanta?

Yes _____        No ___X___

*If you answered "Yes" to Question 1 and/or Question 2, then proceed to Questions 3 through 7. If you answered "No" to both Questions 1 and 2, sign the form and return it to the Courtroom Officer for presentation to the Judge.*

Question 3
(Compensatory Damages)

Please calculate and enter below the amount of compensatory damages that you find Plaintiff Jerome Madison has proven that he suffered as a result of mental or emotional injury.

$_____

*If you answered "No" to Question 1, please proceed to Question 6.*

*If you answered "Yes" to Question 1, please answer Question 4.*

7

### Question 4
### (Malice as to Defendant Courtney)

Do you also find that Plaintiff has proven by a preponderance of the evidence that Defendant Charolette Faye Courtney acted willfully and with gross disregard to Plaintiff's federally protected rights, such that Plaintiff is entitled to an award of punitive damages against Defendant Courtney?

**No** _____ **Yes**_____

*If you answered "Yes" to Question 4, please proceed to Question 5.*

*If you answered "No" to Question 4, please proceed to Question 6.*

### Question 5
### (Punitive Damages Against Defendant Courtney)

Please calculate the amount of punitive damages that should be awarded to Plaintiff Jerome Madison as against Defendant Courtney in this case.

$_____

*If you answered "No" to Question 2, you have completed the Verdict Form and should notify the Court.*

*If you answered "Yes" to Question 2, please proceed to Question 6.*

### Question 6
### (Malice as to Defendant American Airlines, Inc.)

Do you find that Plaintiff has proven by a preponderance of the evidence that American Airlines, Inc., through the actions of its employees, acting in the course and scope of their employment, acted willfully and with gross disregard to Plaintiff's federally protected rights, such that Plaintiff is entitled to an award of punitive damages against Defendant American Airlines, Inc.?

**No** _____ **Yes**_____

*If you answered "Yes" to Question 6, please proceed to Question 7.*

*If you answered "No" to Question 6, sign the form and return it to the Courtroom Officer for presentation to the Judge.*

8

<u>Question 7</u>
(Punitive Damages Against Defendant American Airlines, Inc.)

Please calculate the amount of punitive damages that should be awarded to Plaintiff Jerome Madison as against Defendant American Airlines, Inc. in this case.

$ _____

*The Jury Foreperson should date and sign this form before returning it to the Courtroom Officer for presentation to the Judge.*

**Date:** ___1/29/2019___

_____
Jury Foreperson

9